IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY BROWN,
ADC #551211                                                                                          PLAINTIFF

v.                          CASE NO. 4:11CV00283 BSM-JTK

FAULKNER COUNTY
DETENTION CENTER et al.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied.

Dated this 12th day of July 2011.

_____
UNITED STATES DISTRICT JUDGE